| Attorney or Party without Attorney:<br>JILL P. TELFER, Bar #145450<br>Law Offices Of: JILL P. TELFER<br>331 J STREET, SUITE 200<br>SACRAMENTO, CA  95814<br>Telephone No: 916-446-1916        FAX No: 916-446-1726 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District Of California | |
| Plaintiff: JANIS TRULLSON | |
| Defendant: COUNTY OF SAN JOAQUIN DISTRICT ATTORNEYS OFFICE | |

| **PROOF OF SERVICE**<br>- | Hearing Date:<br>Wed, Mar. 21, 2012 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>211CV02986KJMGGH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; Summons In A Civil Case; Civil Case Cover Sheet; Complaint For Gender Discrimination And Related Claims; Order Setting Status (Pretrial Scheduling) Conference.

3. a. Party served:                           COUNTY OF SAN JOAQUIN DISTRICT ATTORNEYS OFFICE
   b. Person served:                        MARITZA RODRIGUEZ, SENIOR OFFICE ASSISTANT FOR JAMES
                                             WILLETT, DISTRICT ATTORNEY

4. Address where the party was served:    222 E. WEBER AVE. 2ND FLOOR, ROOM 202
                                             Stockton, CA  95202

5. I served the party:
   b. **by substituted service.** On: Tue., Nov. 22, 2011 at: 11:06AM by leaving the copies with or in the presence of:
                                             HISPANIC FEMALE 30 YEARS 5'4" 130# BROWN HAIR BROWN EYES
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Nov. 29, 2011  from: MERCED

7. **Person Who Served Papers:**                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JESSICA ELDRED                                              d. *The Fee for Service was:*   $52.50
                                                                   e. I am: Exempt from registration under B&B 22350(b)

Legal Copy & Process Service
A Division of Legal Support Net, Inc.
343 E. Main Street, #807 (95202)
P.O Box 1027, Stockton, Ca 95201
Ph: (209) 948-4450 /Fax: (209) 383-0311
Legal Support Net, Inc.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Dec. 01, 2011

   Judicial Council Form                                    PROOF OF SERVICE                (JESSICA ELDRED)
   Rule 982.9.(a)&(b) Rev January 1, 2007                        -                                                          telfer.40450