FILED

MAR 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE,<br><br>  Defendant. | No. 2:11-CV-02986 KJM DAD<br><br>JURY COMMUNICATION No. 3 |

**REPLY FROM COURT TO NOTE RECEIVED ON March 28, 2014 at 1:30 PM.**

Date sent to jury: March 28, 2014

Time sent to jury: 2:15 p.m.

Ladies and Gentleman of the Jury:

   In response to your question number 1, the court is not able to provide you with a full copy of the FEHA and Title VII statutes. The jury instructions the court has provided distill the provisions of these laws, and it is these instructions you must follow.

   In response to your question number 2, the court is consulting with counsel and expects to be able to provide a full response within the next 45 minutes. You may continue deliberating until I provide you with this further response.

   Thank you.

DATED: March 28, 2014.

_____
KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1