**FILED**

MAR 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON, | No. 2:11-CV-02986 KJM DAD |
| Plaintiff, | |
| v. | JURY COMMUNICATION No. 3 |
| COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE, | |
| Defendant. | |

**REPLY FROM COURT TO NOTE RECEIVED ON March 28, 2014 at 1:30 PM.**

Date sent to jury: March 28, 2014

Time sent to jury: 3:10 p.m.

Ladies and Gentleman of the Jury:

In response to your question number 2 from earlier this afternoon, the parties have agreed that they will accept a non-unanimous verdict on any question for which you are unable to reach a unanimous verdict, as long as at least 6 jurors agree on the answer to a question on a verdict form. Therefore, for any question on which you are unable to reach a unanimous verdict, all 8 of you must deliberate on and answer each question, and at least 6 of you must agree on the same answer. However, the same 6 or more people do not have to agree on each answer to each question on which you cannot reach a unanimous verdict. If at least 6 jurors agree on the answer

1

to the question, please record the number of jurors by the answer they give to that question, "Yes" and "No."

To the extent you are unable to reach a unanimous instruction on any question, the instruction provided above replaces those portions of Final Jury Instruction Nos. 17, 32, 33 and 34 that require a unanimous verdict. With this limited exception, you should continue to follow all of the other instructions I have provided.

Thank you.

DATED: March 28, 2014.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE