

**FILED**

MAR 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE,<br><br>  Defendant. | No. 2:11-CV-02986 KJM DAD<br><br>JURY COMMUNICATION No. 4 |

**REPLY FROM COURT TO NOTE RECEIVED ON March 28, 2014 at 3:45 PM.**

Date sent to jury: March 28, 2014

Time sent to jury: 4:00 p.m.

Ladies and Gentleman of the Jury:

 The court understands that one juror is not available after Monday, and is prepared to address that juror's schedule on Monday morning. That juror's schedule does not operate to set a deadline on your deliberations. In the meantime, you should continue deliberating according to all of my instructions.

 Thank you.

DATED: March 28, 2014.

_____
KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE