FILED
MAR 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON, | No. 2:11-CV-02986 KJM DAD |
| Plaintiff, | |
| v. | JURY COMMUNICATION No. 5 |
| COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE, | |
| Defendant. | |

**REPLY FROM COURT TO NOTE RECEIVED ON March 28, 2014 at 4:15 PM.**

Date sent to jury: March 28, 2014

Time sent to jury: 4:20 p.m.

Ladies and Gentleman of the Jury:

    The court will provide copies of the verdict form by Monday morning so that each juror can have a copy to review during deliberations. Each copy of the verdict form must remain in the jury room. Only the original verdict form should be completed by the foreperson.

    Thank you for your schedule on Monday. We will be on call during those hours.

DATED: March 28, 2014.

_____
KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1