FILED

MAR 31 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON, | No. 2:11-CV-02986 KJM DAD |
| Plaintiff, | |
| v. | JURY COMMUNICATION No. 4 |
| COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE, | |
| Defendant. | |

**FURTHER REPLY FROM COURT TO**

**NOTE RECEIVED ON March 28, 2014 at 3:45 PM.**

Date sent to jury: March 31, 2014

Time sent to jury: 8:55 a.m.

Ladies and Gentleman of the Jury:

    The parties have agreed that Juror No. 4 may be excused at 12:30 p.m. today, given the economic hardship he will experience, a hardship he only realized would occur after trial began. The parties also have agreed that you may continue deliberating as a jury of 7 after 12:30 p.m., if you have not reached verdicts by then.

    The parties continue to agree that they will accept a non-unanimous verdict on any question for which you are unable to reach a unanimous verdict. Therefore, after 12:30 p.m. today, for any question on which you are unable to reach a unanimous verdict, 7 of you must deliberate on and answer each question, and at least 5 of you must agree on the same answer.

However, the same 5 or more people do not have to agree on each answer to each question on which you cannot reach a unanimous verdict. If at least 5 jurors agree on the answer to the question, please record the number of jurors by the answer they give to that question, "Yes" and "No."

To the extent you are unable to reach a unanimous instruction on any question, the instruction provided above replaces those portions of Final Jury Instruction Nos. 17, 32, 33 and 34 that require a unanimous verdict, and it modifies the court's prior response to your Question No. 4. Again, with this limited exception, you should continue to follow all of the other instructions I have provided.

Thank you.

DATED: March 31, 2014.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE