FILED

MAR 3 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE,<br><br>Defendant. | No. 2:11-CV-02986 KJM DAD<br><br>JURY COMMUNICATION No. 7 |

**REPLY FROM COURT TO NOTE RECEIVED ON March 31, 2014 at 2:05 PM.**

Date sent to jury: March 31, 2014

Time sent to jury: 2:28 p.m.

Ladies and Gentleman of the Jury:

    Having consulted with the parties, the court is not able to accept a verdict on any question presented to you that is not agreed upon by at least 5 jurors, following all of my prior instructions. With this clarification, the court requests that you continue your deliberations.

DATED: March 31, 2014.

_____
KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1