VELMA K. LIM, SBN 111006
JAMIE M. BOSSUAT, SBN 267458
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
7540 Shoreline Drive
Stockton, CA 95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354
Email: vlim@kroloff.com
Email: jbossuat@kroloff.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN, *sued erroneously as* DISTRICT ATTORNEY'S OFFICE COUNTY OF SAN JOAQUIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| JANIS TRULSSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  **2:11-CV-02986-KJM-DAD**<br><br>**DEFENDANT COUNTY OF SAN JOAQUIN'S NOTICE OF LODGING OF VIDEO OF EXCERPTS PLAYED AT TRIAL FROM THE VIDEOTAPED DEPOSITION OF LARRY FERRARI**<br><br>Hearing Date: August 7,  2014<br>Time:            10:00 a.m.<br>Courtroom:   3, 15th Floor<br>Judge:          Honorable Kimberly Mueller |

**TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant County of San Joaquin lodged with the Court a disk containing the Video of Excerpts Played at Trial from the Videotaped Deposition of Larry Ferrari. Video of Larry Ferrari's videotaped deposition was played at trial and the trial transcript references that the video was played, stating: "Video deposition of Mr. Ferrari played." (*See* Trial Transcript, 597:5.)  As stated in the declaration of Jamie M. Bossuat in Support of Reply to Opposition to Defendant County of San Joaquin's Motion for New Trial, the video clips contained on the disk submitted herewith are the same clips which were played at trial.

///

| | | |
|---|---|---|
| 1 | Dated: July 28, 2014 | KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON |
| 2 | | |
| 3 | | //S// *Jamie M. Bossuat* |
| 4 | | _____ JAMIE M. BOSSUAT, Attorneys for Defendant COUNTY OF SAN JOAQUIN, *sued erroneously as* DISTRICT ATTORNEY'S OFFICE COUNTY OF SAN JOAQUIN |