UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS TRULSSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>COUNTY OF SAN JOAQUIN DISTRICT ATTORNEY'S OFFICE,<br><br>                    Defendant. | No.  2:11-CV-02986 KJM DAD<br><br><br>ORDER |

        This matter is before the court on defendant's motion to exonerate the supersedeas bond. (ECF No. 196.) Plaintiff has filed a statement of non-opposition. (ECF No. 198.) The court hereby GRANTS defendant's motion, and the said bond is hereby EXONERATED.

        Under Federal Rule of Civil Procedure 62(d), a stay of a monetary judgment may be obtained by posting a supersedeas bond. Under Local Rule 151(d), "a supersedeas bond shall be 125 percent of the amount of the judgment unless the Court otherwise orders." When "the purpose of the supersedeas bond has been fulfilled," the court can exonerate it. *See Ministry of Def. & Support for the Armed Forces of the Islamic Republic of Iran v. Cubic Def. Sys., Inc.*, No. 98-1165, 2012 WL 2152068, at \*3 (S.D. Cal. June 12, 2012).

        Here, the purpose of the supersedeas bond has been fulfilled. On October 22, 2014, defendant filed a notice of appeal of the judgment in this case. (ECF No. 187.) On the same day, defendant also filed a notice of posting supersedeas bond in the amount of $3,177,028.

1  (ECF No. 188.)  On March 27, 2015, defendant filed a notice of satisfaction of judgment.  (ECF
2  No. 195.)  On March 31, 2015, the Ninth Circuit dismissed defendant's appeal by granting
3  defendant's motion to dismiss.  (ECF No. 197.)  Accordingly, because the "obligations secured
4  by the supersedeas bond have been satisfied," the court GRANTS defendant's motion.  This order
5  resolves ECF No. 196.
6         IT IS SO ORDERED.
7  DATED:  May 14, 2015.

                                UNITED STATES DISTRICT JUDGE